WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-11-00926-PHX-DGC |
| Plaintiff, | **ORDER OF DETENTION** |
| v. | |
| Justin Wayne Robinson, | |
| Defendant. | |

A detention hearing on the Petition on Supervised Release was held on October 20, 2015.

The Court Finds that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is not a serious flight risk. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

IT IS ORDERED that the Defendant shall be detained pending further order of the court.

Dated this 21st day of October, 2015.

Honorable John Z. Boyle
United States Magistrate Judge